CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 21 2011

JULIA ~~~~~~~ CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **HOWARD MACK HARRIS** | ) | Civil Action No. 7:11-cv-00604 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM OPINION** |
| v. | ) | |
| | ) | |
| **UNITED STATES FEDERAL** | ) | |
| **COURT, et al.,** | ) | |
| | ) | By: Samuel G. Wilson |
| Defendants. | ) | United States District Judge |

Plaintiff Howard Mack Harris brings this action *pro se*, seeking $20,744,042.53 in damages from President Barack Obama, Hillary Rodham Clinton (whom he has elevated in his complaint to the office of Vice President), U.S. Attorney General Eric Holder, former U.S. Attorney General John Ashcroft, two federal judges, and the Director of the Federal Bureau of Prisons. In his two-page complaint seeking nearly $21 million, Harris presents no factual or legal basis to show any right to any relief whatsoever. The court is wholly unable to discern any particular constitutional or statutory violations from the complaint or to determine whether any viable claims lie against any individual defendants.

Section 1915A of Title 28 of the United States Code provides that "[t]he court shall review, before docketing, if feasible or, in any event, as soon as practicable after docketing, a complaint in a civil action in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity." 28 U.S.C. § 1915A(a) (2006). After such review, a district court has the authority to dismiss the claim if the action is frivolous, malicious, or fails

to state a claim on which relief may be granted. § 1915A(b)(1). For the reasons stated, the court finds that Harris has failed to state a claim and will therefore dismiss his complaint pursuant to § 1915A(b)(1).

**ENTER**: this 21st day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE