

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| HOWARD MACK HARRIS | ) | Civil Action No. 7:11-cv-00604 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **FINAL ORDER** |
| v. | ) | |
| | ) | |
| UNITED STATES FEDERAL COURT, et al., | ) | |
| | ) | |
| | ) | By: Samuel G. Wilson |
| Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered on this day, it is hereby **ORDERED** and **ADJUDGED** that the plaintiff's case is **DISMISSED** and this case is **STRICKEN** from the court's active docket. The clerk is **DIRECTED** to send Mr. Harris a copy of this opinion and order.

**ENTER**: this 21st day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE